IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALYSSIA BROWN,** | Case No. 2:08-CV-01689-JAM-JFM |
| Plaintiff, | **ORDER EXTENDING EXPERT DISCLOSURE DEADLINE** |
| v. | |
| **CALIFORNIA DEPARTMENT OF CORRECTIONS,** | |
| Defendant. | |

Based on the Parties stipulation and for good cause shown, the expert disclosure due date is October 11, 2009, and the rebuttal expert disclosure due date is October 18, 2009.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  August 3, 2009                          /s/ John A. Mendez
                                                HON. JOHN A. MENDEZ
                                                UNITED STATES DISTRICT JUDGE

1

[Proposed] Order (2:08-CV-01689-JAM-JFM)

PDF created with pdfFactory trial version www.pdffactory.com