IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ALLYSIA BROWN,

        Plaintiff,                    No. 2:08-cv-1689 JAM JFM

     vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

        Defendant.                    ORDER

_____/

        Plaintiff has noticed for hearing on December 10, 2009, a motion for leave of court to take expert depositions. Pursuant to the district court's order filed September 17, 2008, the discovery cut-off was set for November 9, 2009.[1] Accordingly, IT IS HEREBY ORDERED that plaintiff's October 16, 2009 motion is denied, and the December 10, 2009 hearing on the motion is vacated.

DATED: December 3, 2009.

                                                                          UNITED STATES MAGISTRATE JUDGE

/001; brown.off

---

[1] The order states, "All discovery shall be completed by November 9, 2009. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the discovery has been complied with." Id. at 3.